# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| JERELL M. HUDDLESTON, | : No. 61 WM 2014 |
| Petitioner | : |
| v. | : |
| MARIROSA LAMAS, LAWRENCE COUNTY COURT OF COMMON PLEAS, LAWRENCE COUNTY DISTRICT ATTORNEY'S OFFICE, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 8th day of October, 2014, the Application for Leave to File Original Process, the Petition for Writ of Habeas Corpus, and the Application for an Immediate Hearing are **DISMISSED**. See Commonwealth v. Reid, 642 A.2d 453 (Pa. 1994) (hybrid representation improper). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.